No. 362. BOND ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE WHITTAKER is of the opinion certiorari should be granted. *Dillard C. Laughlin* and *Samuel Scrivener, Jr.* for petitioners. *Solicitor General Rankin, Acting Assistant Attorney General Heffron* and *A. F. Prescott* for the United States.

No. 396. ARENA *v.* LUCKENBACH STEAMSHIP CO., INC., ET AL. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *George J. Engelman* for petitioner. *G. Philip Wardner* and *Leo F. Glynn* for Luckenbach Steamship Co., Inc., respondent.

No. 397. ROGERS, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, ET AL. *v.* SOCIÉTÉ INTERNATIONALE POUR PARTICIPATIONS INDUSTRIELLES ET COMMERCIALES, S. A., ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Solicitor General Rankin, Dallas S. Townsend, Ralph S. Spritzer* and *Irving Jaffe* for petitioners. *John J. Wilson* for Société Internationale, *Irving Moskovitz, Robert E. Sher, Isadore G. Alk* and *James H. Heller* for Eric G. Kaufman et al., and *Edmund L. Jones* and *C. Frank Reifsnyder* for Ernest Attenhofer et al., respondents.

No. 69, Misc. MOORE *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, and *Doris H. Maier* and *Raymond M. Momboisse,* Deputy Attorneys General, for respondent.